IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALEXANDRA FIGUEROA | : CIVIL ACTION |
|---|---|
| v. | : |
|  | : NO. 17-4736 |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW**, this 19th day of June 2018, upon considering Plaintiff's Brief and Statement of Issues (ECF Doc. No. 13), the Commissioner's Response (ECF Doc. No. 14), Plaintiff's Reply (ECF Doc. No. 15) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Brief and Statement of Issues (ECF Doc. No. 13) is **DENIED** and the Clerk of Court shall **close** this case.

KEARNEY, J.